**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RIVER LIGHT V, L.P.,

                Plaintiff,

    v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

Case No. 25-cv-00035

**Judge Charles P. Kocoras**

**Magistrate Judge M. David Weisman**

**DECLARATION OF ANDREW D. BURNHAM**

I, Andrew D. Burnham, of the City of Chicago, in the State of Illinois, declare as follows:

1.  I am an attorney at law, duly admitted to practice before Courts of the State of Illinois and the United States District Court for the Northern District of Illinois.  I am one of the attorneys for Plaintiff River Light V, L.P. ("Plaintiff").  Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.  As of January 15, 2025, the third parties have not completed effectuating the Temporary Restraining Order.  Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of January 2025 at Chicago, Illinois.

/s/ Andrew D. Burnham
Andrew D. Burnham
Counsel for Plaintiff River Light V, L.P.