**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RIVER LIGHT V, L.P.,

                Plaintiff,

     v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendants.

Case No. 25-cv-00035

**Judge Charles P. Kocoras**

**Magistrate Judge M. David Weisman**

<u>**NOTICE OF MOTION**</u>

      **PLEASE TAKE NOTICE** that on Tuesday, January 21, 2025, at 9:50 a.m., Plaintiff shall

appear before the Honorable Charles P. Kocoras in Courtroom 1801 at the U.S. District Court for

the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there

present Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order.

Dated this 15th day of January 2025.      Respectfully submitted,

                              /s/ Andrew D. Burnham
                              Amy C. Ziegler
                              Justin R. Gaudio
                              Andrew D. Burnham
                              Madeline Halgren
                              Greer, Burns & Crain, Ltd.
                              200 West Madison Street, Suite 2100
                              Chicago, Illinois 60606
                              312.360.0080
                              312.360.9315 (facsimile)
                              aziegler@gbc.law
                              jgaudio@gbc.law
                              aburnham@gbc.law
                              mhalgren@gbc.law

                              *Counsel for Plaintiff River Light V, L.P.*